# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL FROST, )
)
    Petitioner, )
) Civil Action No. 10-117 Erie
        v. )
)
D.O.C. CAMPHILL, et. al., )
)
    Respondents. )

## MEMORANDUM ORDER

    This habeas action was received by the Clerk of Court on May 14, 2010 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

    The Magistrate Judge's Report and Recommendation [ECF No. 53], filed on July 13, 2011, recommended that the "Motion to Dismiss Crawford and Erie County Courts of Common Pleas as Parties to Habeas Corpus Action" [ECF No. 31] be granted and that the Clerk of Courts be directed to terminate these parties from the docket. The parties were allowed fourteen (14) days from the date of service to file objections and service was made on Petitioner by certified mail. No objections were filed. After <u>de novo</u> review of the documents in the case, together with the Report and Recommendation, the following order is entered:

    AND NOW, this 2nd day of August, 2011;

    IT IS HEREBY ORDERED that the "Motion to Dismiss Crawford and Erie County Courts of Common Pleas as Parties to Habeas Corpus Action" [ECF No. 31] is GRANTED. The Clerk of Courts is directed to terminate the following Defendants from this action: Crawford and Erie County Courts of Common Pleas.

The Report and Recommendation [ECF No. 53] of Magistrate Judge Baxter, filed on July 13, 2011, is adopted as the opinion of the Court.

                                                   s/   Sean J. McLaughlin
                                                          United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge